Richard A. Helm, Esq.
BOOKMAN & HELM, LLP
471 W. 36th Avenue, Suite 204
Anchorage, Alaska 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851
email: lhile@bookman-helm.com

Attorneys for Plaintiffs, Keondra Harris, individually and as personal representative of the Estate of K.H., a minor child, and Daryl Harris

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KEONDRA HARRIS, individually and as personal representative of the Estate of K.H., a minor child, and DARYL HARRIS,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

Case No. ________________

**COMPLAINT**

Plaintiffs allege:

1. Keondra Harris and Daryl Harris are husband and wife and parents of the decedent, K.H., a minor child. Keondra Harris is the personal representative of the Estate of K.H.

2. Keondra Harris and K.H., a minor child, received medical care and treatment from the United States Air Force at Elmendorf Air Force Base in Anchorage, Alaska.

3. This Court has jurisdiction pursuant to 28 USC § 1346(b) and 28 USC §§ 2671 et seq.

4. Keondra Harris was pregnant and in labor with K.H. when she presented at the Elmendorf Air Force Base hospital.

5. The treatment she received in labor and delivery was negligent and resulted in the death of K.H.

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

6. Standard Form 95 was submitted to the United States Air Force by plaintiff on February 17, 2007, alleging negligence and damages and damages in the amount of $20,000,000.00.

7. On May 13, 2008, the Department of the Air Force denied the claim of medical malpractice.

8. Plaintiffs, and each of them, have been damaged by the negligence of the United States Air Force.

WHEREFORE, plaintiffs ask that they be granted judgment against the United States of America in the amount of $20,000,000.00 and for such other relief as the Court may deem just.

DATED at Anchorage, Alaska this 5th day of November, 2008.

BOOKMAN & HELM, LLP
Attorneys for Plaintiffs, Keondra Harris, individually and as personal representative of the Estate of K.H., a minor child, and Daryl Harris

By: /s/ Richard A. Helm

Bookman & Helm, LLP
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Fax: (907) 279-4851
E-mail: lhile@bookman-helm.com
ABA No. 7011059

**BOOKMAN & HELM, LLP**
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851