IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| KEONDRA HARRIS, individually and as Personal representative of the Estate of K.H., a minor child, and DARYL HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:08-cv-0242-RRB<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND DISMISSING CASE** |
|---|---|

Before the Court is Defendant with a Motion for Summary Judgment at **Docket 16**, which was filed on May 5, 2011. No timely opposition was filed to this motion by Plaintiff's counsel, and on July 27, 2011, Plaintiff's counsel, with Plaintiff's permission, was permitted to withdraw as counsel of record. In a hearing held on July 27, 2011, which Plaintiff herself attended telephonically, Plaintiff was advised that she must file an opposition to the Motion for Summary Judgment, or some other responsive pleading, on or before **August 24, 2011.** Nothing has been filed. Moreover, a review of the pleadings suggests that neither Plaintiff nor her prior attorney disclosed any experts who might support her claim

SCHEDULING GRANTING SUMMARY JUDGMENT
    AND DISMISSING CASE - 1
3:08-CV-0242-RRB

for medical malpractice, despite having been given several extensions of time in which to do so.

Alaska law governing medical malpractice places the burden of proof on the plaintiff and requires the plaintiff to prove the claim by a preponderance of the evidence. This generally must be established by the opinions and testimony of medical experts. Here no such opinions have been offered and no response whatsoever has been received from Plaintiff to the present motion. Therefore, for the reasons set forth by Defendant in its Motion For Summary Judgment at **Docket 16,** the motion is hereby **GRANTED** and this matter is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

ENTERED this 13th day of September, 2011.

s/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE